# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**  Tel: 718-740-1000
Email: abdul@abdulhassan.com  Fax: 718-740-2000
*Employment and Labor Lawyer*  Web: www.abdulhassan.com

**September 20, 2018**

Via ECF

Hon. Peggy Kuo, USMJ
United States District Court, EDNY
225 Cadman Plaza East, Courtroom 322
Brooklyn, NY 11201
,

<u>Re: Goode v. Dave Sanders & Co., Inc. et a</u>
Case No. 18-CV-04225 (FB)(PK)
Motion to Adjourn Conference

Dear Magistrate-Judge Kuo:

     My firm represents Plaintiff in the above-referenced action, and I respectfully write with the consent of defense counsels to request a 45-day adjournment of the September 21, 2018 initial conference. Since the complaint was filed, the named Defendants have provided additional information concerning the use of names of the corporate defendant. As such, we intend to amend the complaint to substitute Defendants. The additional time is being requested to complete the amendment process and to give the new defendants sufficient time to respond to the complaint. This request was originally filed on September 19, 2018 but was denied without prejudice because it did not include Defendants' position - defense counsels have since consented.

     We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510) - *Counsel for Plaintiff*

**cc:** **Defense Counsel via ECF**