UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Nathaniel Goode,<br><br>                    Plaintiff,<br><br>-v-<br><br>Dave Sanders & Co., Inc., and<br>Design Source By LG, Inc.,<br><br>                    Defendants. | Civ. Action #: 18-CV-04225<br>(FB)(PK)<br><br>**STIPULATION TO AMEND** |

The parties, by their undersigned counsel, hereby stipulate and consent that Plaintiff may amend the caption and complaint in this action pursuant to the FRCP, including FRCP 15.

Dated: Queens Village, New York
       November 5, 2018

Abdul Hassan Law Group, PLLC
Attorneys for Plaintiff

By: *Abdul Hassan*
Abdul K. Hassan, Esq. (AH6510)
215-28 Hillside Avenue
Queens Village, NY 11427
Tel: 718-740-1000
Fax: 718-740-2000
Email: abdul@abdulhassan.com

SAMUEL & STEIN
Attorneys for Defendants

By: *David Stein*
David Stein, Esq.
38 West 32nd Street, Suite 1110
New York, NY 10001
Tel: 212-563-9884
Fax 212-563-9870
Email: dstein@samuelandstein.com