# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                                                              Tel: 718-740-1000
Email: abdul@abdulhassan.com                                                           Fax: 718-740-2000
*Employment and Labor Lawyer*                                                          Web: www.abdulhassan.com

**November 12, 2018**

Via ECF

Hon. Peggy Kuo, USMJ
United States District Court, EDNY
225 Cadman Plaza East, Courtroom 322 North
Brooklyn, New York 11201
Tel: 718-613-2400
Fax: 718-613-2405

                    <u>Re: Goode v. Dave Sanders & Co., Inc. et a</u>
                       Case No. 18-CV-04225 (FB)(PK)
                       **Motion to Adjourn Conference**

Dear Magistrate-Judge Kuo:

      My firm represents plaintiff in the above-referenced action, and I respectfully write to seek an adjournment of the initial conference currently scheduled for November 15, 2018. After further investigation, Plaintiff amended his complaint by consent to substitute the original defendants with the current defendants. (See ECF No. 13). The request is being made to give the new defendants sufficient time to answer the complaint. One prior request for an adjournment of this conference was made and granted.

      We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:**     **Defense Counsel via ECF**