AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Nathaniel Goode, <br><br> *Plaintiff(s)* <br> v. <br><br> Coming About Inc.,d/b/a Dave Sanders Co./New York Metal, Central Staff Services, Inc., and Robert Volpe, <br><br> *Defendant(s)* | Civil Action No. 18-CV-4225(FB)(PK) |

## AMENDED  SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Coming About Inc.,d/b/a Dave Sanders Co./New York Metal, Central Staff Services, Inc., and Robert Volpe

19-40 45th Street, Astoria, NY 11105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Abdul Hassan Law Group, PLLC
215-28 Hillside Avenue
Queens Village, NY 11427
Tel: 718-740-1000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 12/28/2018

s/M. Layne

*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Purchased/Filed: December 28, 2018
Index # 1:18-cv--4225-FB-PK

NATHANIEL GOODE — Plaintiff

against

COMING ABOUT INC., ET AL — Defendant

STATE OF NEW YORK
COUNTY OF ALBANY    SS.:

___James Perone___, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___January 22, 2019___, at ___11:45 AM___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

FIRST AMENDED SUMMONS IN A CIVIL ACTION AND FIRST AMENDED COMPLAINT

on ___COMING ABOUT INC. D/B/A DAVE SANDERS CO.___, the Defendant in this action, by delivering to and leaving with ___Nancy Dougherty___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, 2 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee 40 dollars; That said service was made pursuant to Section 306 Business Corporation Law. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served: Approx. Age: 55-60   Approx. Wt: 130lbs   Approx. Ht: 5'3"
Color of skin: White   Hair color: Black   Sex: Female   Other: ___

Sworn to before me on this
31st day of January 2019

DONNA M. TIDINGS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01TI4898570
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES JUNE 15, 2019

James Perone
**Attny's File No.**
Invoice•Work Order # S1817471

SERVICO, INC., P.O. BOX 871, ALBANY, NY 12201

# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT  
FOR THE EASTERN DISTRICT OF NEW YORK

Purchased/Filed: December 28, 2018  
Index # 1:18-cv--4225-FB-PK

*NATHANIEL GOODE* — Plaintiff

against

*COMING ABOUT INC., ET AL* — Defendant

STATE OF NEW YORK  
COUNTY OF ALBANY  } SS.:

___James Perone___, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___January 22, 2019___, at ___11:45 AM___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

FIRST AMENDED SUMMONS IN A CIVIL ACTION AND FIRST AMENDED COMPLAINT on

___CENTRAL STAFF SERVICES, INC.___, the Defendant in this action, by delivering to and leaving with ___Nancy Dougherty___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, _2_ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee _40_ dollars; That said service was made pursuant to Section _306 Business Corporation Law_. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served: Approx. Age: _55-60_  Approx. Wt: _130lbs_  Approx. Ht: _5'3"_  
Color of skin: _White_  Hair color: _Black_  Sex: _Female_  Other: _____

Sworn to before me on this

_31st_ day of January 2019

DONNA M. TIDINGS  
NOTARY PUBLIC, STATE OF NEW YORK  
NO. 01TI4898570  
QUALIFIED IN ALBANY COUNTY  
COMMISSION EXPIRES JUNE 15, 2019

James Perone  
**Attny's File No.**  
Invoice•Work Order # S1817472

**SERVICO, INC.. P.O. BOX 871. ALBANY. NY 12201**



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

INDEX #: 18-CV-4225(FB)(PK)
Date Filed: December 28, 2018
Court Date:

ATTORNEY(S): PH:
ADDRESS: File No.:

## NATHANIEL GOODE

vs

*Plaintiff(s)/Petitioner(s)*

COMING ABOUT INC., D/B/A AVE SANDERS CO./NEW YORK METAL, CENTRAL STAFF SERVICES, INC., AND ROBERT VOLPE,

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:  **AFFIDAVIT OF SERVICE**

QAZI HAIDER, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On **Monday, January 28, 2019** at **2:15 PM**, at 19-40 45TH ST., ASTORIA, NY 11105, deponent served the AMENDED SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT WITH JURY TRIAL DEMANDED,

on: **ROBERT VOLPE, C/O COMING ABOUT INC.**, Defendant therein named.

#1 CORP. [X] By delivering thereat a true copy of each to Robert Volpe personally, deponent knew said Business so served to be the Business described in same as said recipient and knew said individual to be the managing/authorized agent of the Business, and said person stated that he/she was authorized to accept service on behalf of the Business

#2 DESC. [X] A description of the person served or spoken to on behalf of the Defendant/Respondent is as follows:
Sex: Male  Color of skin: White  Color of hair: Black/Gray  Age: 36 - 50 Yrs.  Height: 5ft 9in - 6ft 0in
Weight: 161-200 Lbs.  Other Features:

#4 MIL. SRVC [X] Your deponent asked the person spoken to whether defendant was in the active military service of the United States or N. Y. State; and received a negative reply. Upon information and belief I have; being based on the conversations & observations above narrated, defendant is not in the military service.

#5 OTHER

Sworn to before me on January 29, 2019

VANESSA JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01JO6166083, QUALIFIED IN KINGS COUNTY
TERM EXPIRES MAY 14, 2019

QAZI HAIDER
Server's Lic# 1466043-DCA
Invoice•Work Order # 361622

BV SERVICES, INC. 130 SHORE ROAD, SUITE 245, PORT WASHINGTON, NY 11050 License #1405825