UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
NATHANIEL GOODE,

                           Plaintiff,                      18-cv-04225 (FB)(PK)

      v.

COMING ABOUT INC. d/b/a DAVE SANDERS
CO./ NEW YORK METAL, CENTRAL STAFF
SERVICES, INC. and ROBERT VOLPE,

                           Defendants.
-------------------------------------------------------------------X

        **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that defendant CENTRAL STAFF SERVICES, INC.'s time to answer, move, or otherwise appear in this action is extended up to and including March 15, 2018;

        **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and facsimile signatures shall be deemed originals for the purpose of filing.

Dated: Woodbury, New York
          February 15, 2019

ABDUL HASSAN LAW GROUP, PLLC        KAUFMAN DOLOWICH & VOLUCK, LLP

*Abdul Hassan*                                        *Lisa Skruck*
Abdul Hassan, Esq.                             Lisa Skruck, Esq.
215-28 Hillside Avenue                       135 Crossways Park Drive, Suite 201
Queens Village, New York 11427          Woodbury, New York 11797
(718) 740-1000                                   (516) 681-1100
*Attorneys for Plaintiff*                           *Attorneys for Defendants*

**SO ORDERED:**

_____
United States District Judge
Eastern District of New York

1